IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-54-3-BO

| | |
|---|---|
| TISHIRA R. CAMPELL,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | **ORDER** |

This cause comes before the Court on petitioner's motion to recommend community corrections center placement. Petitioner asks that this Court recommend that the Bureau of Prisons allow her to serve the last twelve months of her sentence in a community corrections or residential reentry center. The Court's recommendation is one of five factors considered by Bureau of Prisons when designating offenders to places of incarceration. 18 U.S.C. § 3621(b).

For good cause shown, petitioner's motion [DE 299] is GRANTED. The Court RECOMMENDS to the Bureau of Prisons that petitioner be permitted to serve the last twelve months of her incarceration in an appropriate community corrections or residential reentry center. The clerk is DIRECTED to serve a copy of this order on the United States Probation Office and the Bureau of Prisons.

SO ORDERED, this 12 day of June, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE