IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-cr-54-BO-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TISHIRA RENELL CAMPBELL ) | |

This matter is before the Court on defendant's motion requesting early termination of her term of supervised release. [DE 385]. Defendant's motion is GRANTED.

Defendant pleaded guilty in August 2008 to conspiracy to distribute and to possess with intent to distribute more than fifty (50) grams of cocaine base. On December 16, 2008, defendant was sentenced to 144 months' imprisonment and 5 years' supervised release. On May 12, 2015, defendant's term of imprisonment was reduced to 120 months. Defendant was released from imprisonment on February 27, 2017 and began her term of supervised release. On December 2, 2019, defendant filed a motion for early termination of supervised release.

Under 18 U.S.C. § 3583(e)(1), the Court may "terminate a term of supervised release and discharge the defendant" after the defendant has served one year of supervised release provided that certain conditions are met. First, the Court must consider certain factors set forth in 18 U.S.C. § 3553. Second, the Court may terminate supervised release only "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." § 3583(e)(1).

After considering the requisite factors in § 3553(a), the Court finds that early termination is warranted in this instance. Defendant has been fully compliant with her conditions of supervised release. She is gainfully employed and has completed the first year of an associate degree program.

Defendant indicates that she would like to continue her education and enroll in a nursing program at a local community college. She has a daughter whom she cares for and has indicated that she has another child on the way. Defendant's demonstrated level of stability and productivity indicates that the goals of supervised release have been met. Moreover, defendant expresses genuine remorse for, and an understanding of, her past mistakes. The interests of justice in this case are best served by ending defendant's period of supervision.

Defendant's motion for early termination [DE 385] is GRANTED. Defendant's supervised release is hereby TERMINATED. The government's motion to seal [DE 389] is also GRANTED.

SO ORDERED, this __17__ day of February, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE